7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Margaret Ann Cook –BELOW MED–
*Debtor*

*Bankruptcy Case No.*
15–42488–abf13

**State of Kansas Department of Labor**
    Plaintiff(s)

*Adversary Case No.*
15–04124–abf

v.

**Margaret Ann Cook**
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: The Court finds that the described unemployment insurance benefit indebtedness owed by Defendant Cook to KDoL in the amount of $6,033.00, which is subject to statutory penalties in the amount of $586 and interest as imposed pursuant to K.S.A. §44–719(d)(2), which interest has accrued in the amount of $2238.3200000000002 as of the end of August, 2015, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S. C. 1328. Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant Cook.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Beth Graham
    Deputy Clerk

Date of issuance: 11/13/15

Court to serve